1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BRUCE NGUYEN,

12          Plaintiff,                          No.  CIV-S-12-1375-KJM-KJN-PS

13          vs.

14   CITI RESIDENTIAL LENDING
     formerly doing business as ARGENT
15   MORTGAGE CO. LLC, et al.,

16          Defendants.                          ORDER
     _____/

17

18          On August 17, 2012, the magistrate judge filed findings and recommendations,

19   which were served on the parties and which contained notice that any objections to the findings

20   and recommendations were to be filed within fourteen days.  No objections were filed.

21          The court presumes that any findings of fact are correct.  *See Orand v. United*

22   *States,* 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

23   reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

24   1983).  Having carefully reviewed the file, the court finds the findings and recommendations to

25   be supported by the record and by the proper analysis.

26   /////

1    Accordingly, IT IS ORDERED that:

2        1.  The Findings and Recommendations filed August 17, 2012, are ADOPTED;

3        2.  Plaintiff's request to remand on the basis of defendant Citi's untimely removal

4    raised in plaintiff's written opposition to defendant's motion to dismiss is denied;

5        3.  Defendant Citi's motion to dismiss (Dkt. No. 9) is granted in part and denied

6    in part;

7        4.  Plaintiff's claim premised on the federal Truth in Lending Act, 15 U.S.C.

8    §§ 1601 et seq., is dismissed with prejudice;

9        5.  The court declines to exercise supplemental jurisdiction over plaintiff's

10   remaining claims.  See 28 U.S.C. § 1367(c)(2)-(3); and

11       6.  This case is remanded to the Sacramento County Superior Court.

12   DATED:  September 26, 2012.

13

14   _____
     UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26